DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-604-4 RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOSE VEGA-SAINZ, | |
| Defendant. | |

The parties appeared before this Court in the above-captioned matter on August 11, 2020 for a telephonic status conference. The Court scheduled the next hearing in this case as a status conference on October 20, 2020.

The parties stipulate and agree that the United States has produced discovery to defense counsel and the parties are actively negotiating an opportunity to resolve the case. Defense counsel and defendant require more time to discuss and prepare for this potential case resolution.

The parties now stipulate and request that the October 20, 2020 status conference be continued to December 2, 2020, or to a subsequent date deemed appropriate by the Court.

In addition, the parties stipulate and agree that it would be appropriate to exclude the time from October 20, 2020 through the next status conference, under the Speedy Trial Act, to allow for effective

1  preparation of counsel and taking into account the exercise of due diligence. See 18 U.S.C.
2  §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree the ends of justice served by excluding
3  the time from October 20, 2020 through the next status conference from computation under the Speedy
4  Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case.
5  *Id.*
6      The undersigned Assistant United States Attorney certifies she has obtained approval from
7  counsel for defendant to file this stipulation and proposed order.
8      IT IS SO STIPULATED.

9  DATED: October 15, 2020          */s/ Christina Liu*_____
                                            CHRISTINA LIU
10                                             Assistant United States Attorney

12 DATED: October 15, 2020          */s/ with permission*_____
                                            KAREN MCCONVILLE
13                                             Attorney for Defendant Jose Vega-Sainz

# ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from October 20, 2020 through  December 1, 2020 would unreasonably deny defense counsel and defendant the reasonable term necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from October 20, 2020 through  December 1, 2020  from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of criminal cases. *See id.* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 20, 2020 through  December 1, 2020 shall be excluded from computation under the Speedy Trial Act. *Id.* §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Furthermore, IT IS HEREBY ORDERED that the status conference set for October 20, 2020 at 2:30 p.m. is rescheduled for  December 1, 2020 at  2:30 pm  .

Dated:  October 14, 2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge