KAREN MCCONVILLE, SBN 269234
McConville Law P.C.
24 Professional Center Parkway, Suite 240
San Rafael, CA 94903
Tel: 415-786-7806

Attorney for
JOSE VEGA-SAINZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VEGA-SAINZ,<br><br>　　　　　Defendant. | Case No. CR19-604-4 RS<br><br>STIPIULATION AND [PROPOSED] ORDER TO INSTITUTE PRESENTENCE REPORT |

　　　It is hereby stipulated by and between counsel for the defendant, Jose Vega-Sainz, and counsel for the United States that a presentence report to determine Mr. Vega-Sainz's criminal history category for the purposes of plea discussions is necessary.

　　　Counsel for the defendant and the United States are in plea discussions and the preparation of a presentence report to determine Mr. Vega-Sainz's criminal history is necessary to aid these discussions.

　　　For the reasons stated above, the parties hereby stipulate that there is good cause to order the preparation of a presentence report.

-1-
STIPULATION AND [PROPOSED] ORDER TO INSTITUTE
PRESENTENCE REPORT

1

2

3   Dated: 11.20.2020                    Respectfully submitted,

4

5                                        By:      /s/
                                            Karen McConville
6                                           Attorney for Jose Vega-Sainz

7
                                        United States Attorney's Office
8

9
                                        By:      /s/
10                                          Philip Kopczynski
                                            Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER TO
    INSTITUTE PRESENTENCE REPORT           -2-

# **[PROPOSED] ORDER**

Good cause having been shown, the Court HEREBY ORDERS that probation prepare a presentence report as to the defendant's criminal history only.

IT IS SO ORDERED.

DATED: November___, 2020

                                             _____
                                             HON. RICHARD SEEBORG
                                             United States District Judge