```
1   KAREN MCCONVILLE, SBN 269234
    McConville Law P.C.
2   24 Professional Center Parkway, Suite 240
    San Rafael, CA 94903
3   Tel: 415-786-7806

4   Attorney for
    JOSE VEGA-SAINZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR19-604-4 RS |
| Plaintiff, | STIPIULATION AND ORDER TO INSTITUTE PRESENTENCE REPORT |
| v. | |
| JOSE VEGA-SAINZ, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the defendant, Jose Vega-Sainz, and counsel for the United States that a presentence report to determine Mr. Vega-Sainz's criminal history category for the purposes of plea discussions is necessary.

Counsel for the defendant and the United States are in plea discussions and the preparation of a presentence report to determine Mr. Vega-Sainz's criminal history is necessary to aid these discussions.

For the reasons stated above, the parties hereby stipulate that there is good cause to order the preparation of a presentence report.

-1-
STIPULATION AND [PROPOSED] ORDER TO INSTITUTE
PRESENTENCE REPORT

Dated: 11.20.2020

Respectfully submitted,

By: ____/s/_____
    Karen McConville
    Attorney for Jose Vega-Sainz

United States Attorney's Office

By: ____/s/_____
    Philip Kopczynski
    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO
INSTITUTE PRESENTENCE REPORT

-2-

## **ORDER**

Good cause having been shown, the Court HEREBY ORDERS that probation prepare a presentence report as to the defendant's criminal history only.

IT IS SO ORDERED.

DATED: November 20, 2020

_____
HON. RICHARD SEEBORG
United States District Judge