1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   CHRISTINA LIU (CABN 308362)
    Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7199
         FAX: (415) 436-7234
8        christina.liu@usdoj.gov

    Attorneys for United States of America

9

10                       UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )   NO. CR 19-604-4 RS
                                           )
14          Plaintiff,                     )   STIPULATION AND ORDER TO CONTINUE
                                           )   STATUS CONFERENCE AND TO EXCLUDE
15     v.                                  )   TIME UNDER THE SPEEDY TRIAL ACT
                                           )
16  JOSE VEGA-SAINZ,                       )
                                           )
17          Defendant.                     )
                                           )

18

19          The parties appeared before this Court in the above-captioned matter on August 11, 2020 for a

20  telephonic status conference.  Dkt. No. 92 (Min. Entry).  The Court scheduled the next hearing in this

21  case as a status conference on October 20, 2020, *id.*, and subsequently to December 1, 2020, Dkt.

22  No. 104 (Order).

23          On November 20, 2020, at the parties' request, the Court referred this matter to Probation for the

24  preparation of a presentence report as to defendant Jose Vega Sainz's criminal history only.  Dkt.

25  No. 117 (Order).

26          The parties stipulate and agree that the United States has produced discovery to defense counsel

27  and the parties are actively negotiating an opportunity to resolve the case.  Defense counsel and

28  defendant require more time to discuss and prepare for this potential case resolution, including by

STIP. AND [PROP.] ORDER TO CONT. HR'G AND TO EXCL. TIME
CR 19-604-4 RS                              1

1   awaiting and reviewing Probation's assessment of defendant's criminal history.

2       The parties now stipulate and request that the December 1, 2020 status conference be continued

3   for at least six weeks, to a subsequent date deemed appropriate by the Court.

4       In addition, the parties stipulate and agree that it would be appropriate to exclude the time from

5   December 1, 2020 through the next status conference, under the Speedy Trial Act, to allow for effective

6   preparation of counsel and taking into account the exercise of due diligence.  *See* 18 U.S.C.

7   §§ 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree the ends of justice served by excluding

8   the time from December 1, 2020 through the next status conference from computation under the Speedy

9   Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case.

10  *Id.*

11      The undersigned Assistant United States Attorney certifies she has obtained approval from

12  counsel for defendant to file this stipulation and proposed order.

13      IT IS SO STIPULATED.

14  DATED: November 25, 2020                */s/  Christina Liu*_____
                                            CHRISTINA LIU
15                                          Assistant United States Attorney
16

17  DATED: November 25, 2020                */s/ with permission*_____
                                            KAREN MCCONVILLE
18                                          Attorney for Defendant Jose Vega-Sainz

19

20

21

22

23

24

25

26

27

28

**ORDER**

1

2          Based upon the representations of counsel and for good cause shown, the Court finds that failing

3 to exclude the time from December 1, 2020 through  January 12, 2021   would unreasonably deny

4 defense counsel and defendant the reasonable term necessary for effective preparation, taking into

5 account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6          The Court further finds that the ends of justice served by excluding the time from December 1,

7 2020 through  January 12, 2021   from computation under the Speedy Trial Act outweigh the best

8 interests of the public and defendant in the prompt resolution of criminal cases.  *See id.* § 3161(h)(7)(A).

9          Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

10 December 1, 2020 through January 12, 2021   shall be excluded from computation under the Speedy

11 Trial Act.  *Id.* §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

12          Furthermore, IT IS HEREBY ORDERED that the status conference set for December 1, 2020 at

13 2:30 p.m. is rescheduled for  January 21, 2021   at  2:30 pm   .

14

15 Dated: November 25, 2020

16

17                                                 _____
                                                    THE HONORABLE RICHARD SEEBORG
18                                                 United States District Judge

19

20

21

22

23

24

25

26

27

28